*In re* **NEPPL**, Jeffrey Joseph (MR 20518)
Rock Island, IL

Order of the Court:

The motion by Jeffrey Joseph Neppl to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.